

# Fourth Court of Appeals
## San Antonio, Texas

November 10, 2022

No. 04-22-00725-CV

David Gene **BECKA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 144th Judicial District Court, Bexar County, Texas
Trial Court No. 2019CR1257
Honorable Andrew Wyatt Carruthers, Judge Presiding

# O R D E R

In this accelerated appeal, the notice of appeal was filed in the trial court on October 28, 2022, and the reporter's record was initially due on November 7, 2022. *See* TEX. R. APP. P. 35.1(b).

However, the original notice of appeal was not sent to the court reporter responsible for preparing the record, *contra* TEX. CIV. PRAC. & REM. CODE ANN. § 51.017(a); TEX. R. APP. P. 25.1(e), and no docketing statement was filed, *contra* TEX. R. APP. P. 32.1.

On November 9, 2022, court reporter Roxanne F. Pena filed a first motion for extension of time to file the reporter's record. She requested a sixty-day extension of time to file the record. She notes that the "priority status [for this record] is behind three other records."

By statute, this appeal must be given priority over all other appeals. *See* TEX. HEALTH & SAFETY CODE ANN. § 574.070 ("The court of appeals and supreme court shall give an appeal under this section *preference over all other cases* and shall advance the appeal on the docket." (emphasis added)).

We ORDER Roxanne F. Pena to give this record the highest priority status in the order of preparing records. *See id.*

**The reporter's record is due on November 17, 2022.** *See* TEX. R. APP. P. 35.3(c) (limiting an extension in an accelerated appeal to ten days).

Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of November, 2022.

MICHAEL A. CRUZ, Clerk of Court